UNITED STATES of America,
Plaintiff–Appellee,

v.

Jonathan David DUKE, Defendant–Appellant.

No. 08–15190
Non–Argument Calendar.

July 1, 2009.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Jonathan David Duke in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Duke's conviction and sentence are AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Terrance Scott MILTON, a.k.a. Tee, Defendant–Appellant.

No. 09–10326
Non–Argument Calendar.

July 7, 2009.

Before TJOFLAT, PRYOR and COX, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Terrance Scott Milton in this appeal from the denial of Milton's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and the denial of Milton's § 3582(c)(2) motion is **AFFIRMED.**